Opinion issued September 19, 2002











 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00699-CR

____________


DONNA M. OLIVER, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 240th District Court

Fort Bend County, Texas

Trial Court Cause No. 33,909






MEMORANDUM OPINION


 According to the clerk's record filed in this appeal, appellant was charged
by indictment with tampering with a governmental record. On July 2, 2001, appellant
was convicted on her plea of guilty, and sentenced to 10 years confinement, probated
for four years, and a fine of $100. No appeal was taken from that judgment.

 The State filed a motion to revoke community supervision on December 18,
2001. After a hearing on May 29, 2002, the trial court did not revoke appellant's
community supervision, but it entered an order on June 5, 2002, modifying the
probationary conditions. Appellant filed a pro se notice of appeal from that order.

 No appeal may be taken from an order modifying the conditions of
community supervision. Basaldua v. State, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977);
Christopher v. State, 7 S.W.3d 224, 225 (Tex. App.--Houston [1st Dist.] 1999, pet.
ref'd).

 Therefore, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Duggan. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.